# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DERRICK OLIPHANT, | : | Case No. 1:19-cv-662 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| MRS. GOODMEN, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 15)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on September 24, 2020, submitted a Report and Recommendation. (Doc. 15). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 15) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) (Doc. 7) is **GRANTED**.

2) Defendant's motion to dismiss for lack of prosecution (Doc. 10) is **DENIED as moot.**

3) The clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date:  10/14/2020                                          *s/Timothy S. Black*
                                                          Timothy S. Black
                                                          United States District Judge